## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

```
IN RE:                              )
                                    )
  WILLIAM S. LaRUE                  )
  SSN:  XXX-XX-9866                 )          CASE NO. 07-58857
                                    )                 CHAPTER 7
          AND                       )       JUDGE J. E. HOFFMAN, JR.
                                    )
  ALICIA J. LaRUE                   )
  SSN:  XXX-XX-1541                 )
                                    )
          Debtors                   )
```

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND
## UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $273.24 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name | Claim No. | Amt. Of Dividend |
|---|---|---|
| Discover Bank/DRS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | 1 | 273.24 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00<br>$273.24 |
|---|---|

Dated:  January 15, 2010          /s/D. William Davis _____

D. William Davis,
Atty. Reg. No. 0019639
DAVIS LAW OFFICE
407-A Howard Street
Bridgeport, OH 43912
Telephone:  (740) 635-1217
Fax:  (740) 633-9843
dwilliamdavis@comcast.net